✎AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No:  3:02cr51/LAC |
| Richard Wells ) | USM No:  08319-003 |
| ) | |
| Date of Previous Judgment:   27 May 2003 ) | |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   187   months **is reduced to**   180 months*  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range:  108 to 135 months | | Amended Guideline Range:  87 to 108 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence on Count 1 is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

*A mandatory minimum sentence of 120 months as to Count 1 and a mandatory minimum sentence of 60 months as to Count 4 to run consecutively, one with the other, as required by statute for a total sentence of 180 months.

Except as provided above, all provisions of the judgment dated   27 May 2003   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   30 April 2008                                s/L.A. Collier
                                                                    Judge's signature

Effective Date:                                               Lacey A. Collier, Senior U.S. District Judge
   (if different from order date)                          Printed name and title